UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIE CEDRE,

    Plaintiff,

v.                                                Case No. 6:17-cv-511-Orl-37KRS

RUSHMORE LOAN MANAGEMENT
SERVICES LLC; JAMES E.
ALBERTELLI; and WILMINGTON
SAVINGS FUND, FSB,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 191) filed on October 11, 2018 by the Plaintiff indicating that this case has settled as to defendants Rushmore Loan Management Services, LLC and Willmington Savings Fund, FSB. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to defendants Rushmore Loan Management Services, LLC and Wilmington Savings Fund, FSB., subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate defendants Rushmore Loan Management Services, LLC and Wilmington Savings Fund, FSB as parties

to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record